IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DEBORAH JANE BUCKNER, ) | |
| ) | |
| v. ) | 2:02-0103 |
| ) | |
| JO ANNE B. BARNHART, Commissioner of Social ) | |
|    Security. ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and Defendant's Motion for Judgment on the Administrative Record be granted. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff is hereby **DENIED,** and the Defendant's Motion for Judgment on the Administrative Record is **GRANTED.**

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge